IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CIVIL ACTION NO. 1:05-CV-0876 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **WENDY SHOEMAKER and PAUL E. SHOEMAKER,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 22nd day of August, 2006, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 17) to confirm the June 22, 2006 United States Marshal sale of the foreclosed real property, located at 51 Butler Street, Shickshinny, Pennsylvania is GRANTED. The United States Marshal is directed to execute and deliver to WILLIAM WATKINS, their successors and assigns, a good and sufficient deed, conveying all the right, title, and interest of WENDY SHOEMAKER and PAUL E. SHOEMAKER, in and to the premises sold, located at 51 Butler Street, Shickshinny, Pennsylvania, 18655. Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge