# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:05-CV-0876** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **WENDY SHOEMAKER and PAUL E. SHOEMAKER,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 18th day of September, 2006 upon consideration of plaintiff's motion for disbursement of funds (Doc. 21) from the sale of real property located at 51 Butler Street, Shickshinny, Pennsylvania, and of the order of court dated August 22, 2006 (Doc. 18), confirming the sale of that property, it is hereby ORDERED that the motion (Doc. 21) is GRANTED. The United States Marshal is directed to distribute the proceeds of the sale in accordance with the schedule of distribution (see Doc. 21).

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge